UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAPEL THOMPSON, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:17-1380 |
| v. | : |
| | : (Judge Mannion) |
| MARK GARMAN, Superintendent, | : |
| | : |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

*s/ Malachy E. Mannion*

**Malachy E. Mannion
United States District Judge**

**DATE:** August 28, 2017
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1380-01-ORDER.wpd